# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| HERMAN WILLIAMS III,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WARDEN DANFORTH, et al.,<br><br>　　　　Defendants. | Civil Action 7:10-CV-142 (HL) |

## ORDER

The Recommendation (Doc. 9) of United States Magistrate Judge Thomas Q. Langstaff, entered January 21, 2011, is before the Court. The Magistrate Judge recommends that Defendants Danforth, Orr, Terrell, Walker, Jones, Askew, and Fletcher be dismissed from this case.

Plaintiff has not filed an objection to the Recommendation. The Court has reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Accordingly, the Court accepts and adopts the Recommendation (Doc. 9). Defendants Danforth, Orr, Terrell, Walker, Jones, Askew, and Fletcher are dismissed from this action. The case will proceed against Defendants Patillo and Roberts. As discussed in the Recommendation, however, Plaintiff cannot recover the equitable relief he seeks. Any recovery against Defendants Patillo and Roberts will be limited to monetary damages.

**SO ORDERED**, this the 17th day of February, 2011.

　　　　　　　　　　　　　　　　*s/ Hugh Lawson*
mbh　　　　　　　　　　　　　**HUGH LAWSON, SENIOR JUDGE**